FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2019 JUL 26  PM 3: 38

CLERK J. Hodge
SO. DIST. OF GA.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

UNITED STATES OF AMERICA      )
                              )
            v.                )    CASE NO. 1:19-MJ-39
                              )
DARRYL HUNTLEY                )
                              )

**O R D E R**

Based upon the application of the Government, and for good cause shown

therein, it is hereby ORDERED:

That the above-styled complaint, and referenced affidavit, be sealed until

further Order of this Court, excepting only such disclosures as necessary to effect

service of process and to conduct initial appearances and related proceedings.

So ORDERED this 26th day of July 2019.

_____
Hon. Brian K. Epps
United States Magistrate Judge
Southern District of Georgia